**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALEKSEI KHALAEV,

Petitioner,

v. No. 1:26-cv-02903-MLG-DLM

JEFFRY FIKES, et al.,

Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Aleksei Khalaev's Verified Petition for Writ of Habeas Corpus ("Petition"), Doc. 1. Having considered the Petition, and having held a hearing on October 30, 2026, and being otherwise fully informed, the Court finds that it is well-taken and should be granted. For the reasons stated on the record during the October 30, 2026, hearing, and incorporating the holdings and reasoning provided in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), and *Cortez-Gonzalez v. Noem*, 811 F. Supp. 3d 1287 (D.N.M. 2025), the Court grants the Petition.

Khalaev must be released within forty-eight hours of the entry of this Order. Khalaev shall be released with all of his property, including identification documentation, that was in his possession when he was detained by Respondents, along with a copy of this Order.

It is so ordered.



UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA